DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAKEYSHA R. WESTPOINT,**
Appellant,

v.

**DIXIE AVENTURA HOLDINGS, LLC,**
Appellee.

No. 4D22-1601

[May 18, 2023]

Appeal from the Circuit Court of the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE20-012929.

Catherine A. Riggins, Miami, for appellant.

William A. Treco of Tepps Treco, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***